### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO



ORANIE GALINDO-FORBES

VS.

UNITED STATES OF AMERICA

CIVIL NO. 97-1654(JAF)

---

### DESCRIPTION OF MOTION

DATE FILED: 03/23/00   DOCKET #: 17   TITLE: MOTION by Oranie Galindo-Forbes |for a Writ of Error Coram Nobis|

[x] Plaintiff(s)
[ ] Defendant(s)

---

### O-R-D-E-R

__ GRANTED.

__ DENIED.

__ MOOT.

__ NOTED.

OTHER: This court has no objection that the defendant, a pro se litigant within the jurisdiction of the Bureau of Prisons be allowed to have the denial of his 2255 petition reviewed by the Court of Appeals.

5-10-00
DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE

(19)